**AND NOW,** this 22nd day of January, 2004, the Order of the Commonwealth Court is hereby AFFIRMED.

COMMONWEALTH of Pennsylvania, Appellee

v.

Glennatta A. CONAWAY,

Appeal of James H. Rowland, Jr.

Supreme Court of Pennsylvania.

Argued May 13, 2003.
Decided Feb. 19, 2004.

Debra P. Fourlas, David E. Lehman, Harrisburg, for James H. Rowland, Jr.

Edward Michael Marsico, Jr., Harrisburg, James Patrick Barker, Williamsport, for the Com. of PA.

Before: CAPPY, C.J., and CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## ORDER

PER CURIAM.

AND NOW, this 19th day of February, 2004, the appeal is hereby dismissed as having been improvidently granted.

Former Justice LAMB did not participate in the decision of this case.

Justice EAKIN dissents and would address the merits of the case.